IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE A. BOHLMANN                                                              PLAINTIFF

v.                          CASE NO. 5:11CV00115 BSM

UNITED STATES DEPARTMENT
OF THE ARMY
Secretary, John M. McHugh                                                   DEFENDANT

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed with prejudice.

Dated this 28th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE